The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIC ANDERSON, derivatively on behalf of Microsoft Corporation,

Plaintiff,

vs.

SATYA NADELLA, AMY E. HOOD, JARED SPATARO, RAJESH JHA, REID HOFFMAN, HUGH JOHNSTON, TERI LIST, CATHERINE MACGREGOR, MARK MASON, SANDRA E. PETERSON, PENNY PRITZGER, CHARLES W. SCHARF, JOHN W. STANTON, and EMMA WALMSLEY,

Defendants,

- and -

MICROSOFT CORPORATION,

Nominal Defendant.

Case No. 2:26-cv-02281-BJR

**NOTICE OF RELATED CASE**

NOTICE OF RELATED CASE -1
2:26-cv-02281-BJR

**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272

This action ("Anderson Derivative Action") is related to *City of St Clair Shores Police and Fire Retirement System v. Microsoft Corporation et al*, No. 2:26-cv-02071-SKV ("St. Clair Class Action"), filed June 12 2026, currently pending before Magistrate Judge S. Kate Vaughn in the Western District of Washington.  The two actions concern the some, but not all of the same parties, and similar transactions and events.  Both actions are brought by Microsoft shareholders and name as Defendants Microsoft Corporation, Satya Nadella, Amy E. Hood, Jared Spataro, and Rajesh Jha.  The Anderson Derivative Action names additional defendants who are members of Microsoft's board of directors.  Both actions contain some overlapping allegations that the individual defendants made false and misleading statements about Microsoft's financial results relating to its Ai strategy.  The Anderson Derivative Action is a shareholder derivative action whereas the *City of St. Clair* action is a shareholder class action.

Dated: July 2, 2026

Respectfully submitted,

COTCHETT PITRE & MCCARTHY, LLP

*s/ Karin B. Swope*

Karin B. Swope (WA Bar # 24015)
1809 7th Avenue, Suite 1610
Seattle, Washington 98101
Telephone:     (206) 778-2123
Facsimile:     (206) 299-4184
Email:          kswope@cpmlegal.com

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr.
Aaron P. Arnzen
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:     (858) 914-2001
Facsimile:     (858) 914-2002
Email:          fbottini@bottinilaw.com
                aarnzen@bottinilaw.com

*Counsel for Plaintiff*

NOTICE OF RELATED CASE -2
2:26-cv-02281-BJR