The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **IN RE MICROSOFT CORPORATION STOCKHOLDER DERIVATIVE LITIGATION** | Lead Case No. 2:26-cv-02281-BJR<br><br>**JOINT NOTICE OF RELATED CASE** |

On August 28, 2026, the Court consolidated certain derivative actions, appointed counsel, and set a schedule for filing a consolidated complaint and response thereto. *See* ECF 18 (the "Consolidation Order"). The Consolidation Order provides that "[w]hen a case that properly belongs as part of Lead Case No. 2:26-cv-02281-BJR is hereafter filed or transferred to this Court, counsel for the parties shall call such case to the attention of the clerk of this Court, so that the case may be consolidated with Lead Case No. 2:26-cv-02281-BJR pursuant to this Order. Counsel for the Plaintiffs in the Consolidated Action will further assist in assuring that counsel for the parties in such subsequent action(s) receive notice of this Order." *Id.* ¶ 8. The Consolidation Order applies "to each case, arising out of the same or similar transactions or events as the Related Derivative Actions that is subsequently filed, or transferred to this Court." *Id.* ¶ 7.

Pursuant to the Consolidation Order, the Parties jointly file this notice to inform the Court that a related shareholder derivative action, *Gray v. Nadella*, No. 2:26-cv-03215 (W.D. Wash.)



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

(the "Gray Action"), was filed on September 8, 2026. The Gray Action "aris[es] out of the same or similar transactions or events as the Related Derivative Actions," *id.* ¶ 7, and therefore should be consolidated into this case pursuant to the Consolidation Order. Pursuant to the Consolidation Order, Lead Counsel for the Plaintiffs have also provided a copy of the Consolidation Order to counsel for the plaintiffs in the Gray Action.

September 17, 2026

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

/s/ *Teal Luthy Miller*
Robert J. Maguire
Teal Luthy Miller
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
robmaguire@dwt.com
tealmiller@dwt.com

COVINGTON & BURLING LLP
Jonathan M. Sperling
Robert C. Gianchetti
30 Hudson Yards
New York, NY 10001
Telephone: (212) 841-1000
jsperling@cov.com
rgianchetti@cov.com

*Counsel for Defendants*

COTCHETT PITRE & MCCARTHY, LLP

/s/ *Karin B. Swope*
Karin B. Swope
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206) 802-1272
kswope@cpmlegal.com

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr.
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
fbottini@bottinilaw.com

*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the document to which this Certificate of Service is attached to be served in the manner as indicated below:

**COTCHETT PITRE & MCCARTHY LLP**
Karin B. Swope
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Kswope@cpmlegal.com

**BOTTINI & BOTTINI**
Francis A. Bottini, Jr.
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
FBottini@bottinilaw.com

***Lead Counsel for Plaintiffs***

☐ Messenger
☐ U.S. Mail, postage prepaid
☐ Federal Express
☐ Fax
☒ ECF
☐ EMAIL

Declared under penalty of perjury under the laws of the United States.

September 17, 2026 in Seattle, Washington.

*/s/ Teal Luthy Miller*
Teal Luthy Miller



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax